100 EAST FIFTH STREET, ROOM 540
Kelly L. Stephens          POTTER STEWART U.S. COURTHOUSE          Tel. (513) 564-7000
Clerk          CINCINNATI, OHIO 45202-3988          www.ca6.uscourts.gov

Filed:  August 11, 2026

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Philip David White Miller
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Stephen Michael Pezzi
U.S. Department of Justice
Federal Programs Branch
1100 L Street, N.W.
Suite 12102
Washington, DC 20530

     Re:  Case No. 26-1703
        *City of Detroit, MI v. DOC, et al*
        Originating Case No. 2:24-cv-10775

Dear Counsel,

   This appeal has been docketed as case number **26-1703** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **August 25, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/ Antoinette
Case Management Specialist
Direct Dial No. 513-564-7015

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-1703**

CITY OF DETROIT, MI

       Plaintiff - Appellant

v.

DEPARTMENT OF COMMERCE; GINA RAIMONDO; U.S. CENSUS BUREAU; ROBERT L. SANTOS

       Defendants - Appellees